**S.J. Beaulieu, Jr.**

**Chapter 13 Trustee**

433 Metairie Road, Suite 307
Metairie, Louisiana, 70005

(504) 831-1313

January 12, 2010

Timothy P. Kirkpartrick
Suite 300
3501 N. Causeway Blvd
Metairie, LA. 70002

Section A

09-11368

In Re   Julie L. Davis

Dear Mr. Kirkpatrick:

It appears the above captioned case passes the liquidation analysis to unsecured creditors. By increasing the percent allowed to the unsecured creditors, the plan will be feasible and meet liquidation value. We will **automatically change** the percent to the unsecured creditors from **2% to 100%** over the remaining **53 months** as per the confirmed plan. If you do not wish for percent to be increased, please file the appropriate amendment within 10 days of this letter.

**NOTE: Keep in mind, by lowering the percent allowed, the type of discharge your client(s) receive can be affected.**

Very Truly, Yours,

*[signature]*
Case Administrator